# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) | Torrent File |
|---|---|---|---|
| 108.0.142.75 | Verizon Online | 2011-03-15 09:07:55 AM | Samantha Saint |
| 108.13.13.23 | Verizon Online | 2011-03-29 05:37:53 AM | Samantha Saint |
| 173.129.201.173 | Sprint PCS | 2011-03-27 11:14:54 PM | Samantha Saint |
| 173.153.175.93 | Sprint PCS | 2011-03-27 06:09:05 PM | Samantha Saint |
| 173.58.200.65 | Verizon Online | 2011-03-22 04:25:17 AM | Samantha Saint |
| 173.60.255.171 | Verizon Online | 2011-03-22 04:31:05 PM | Samantha Saint |
| 174.77.32.193 | Cox Communications | 2011-03-11 02:07:44 AM | Samantha Saint |
| 24.130.90.66 | Comcast Cable Communications | 2011-03-21 04:18:56 PM | Samantha Saint |
| 24.205.84.166 | Charter Communications | 2011-03-17 04:25:04 AM | Samantha Saint |
| 24.23.37.2 | Comcast Cable Communications | 2011-03-11 05:40:52 AM | Samantha Saint |
| 24.5.41.241 | Comcast Cable Communications | 2011-03-14 09:56:09 AM | Samantha Saint |
| 24.6.181.238 | Comcast Cable Communications | 2011-03-10 06:45:12 AM | Samantha Saint |
| 24.6.208.155 | Comcast Cable Communications | 2011-03-13 12:30:40 PM | Samantha Saint |
| 24.6.228.38 | Comcast Cable Communications | 2011-03-09 10:48:28 PM | Samantha Saint |
| 24.7.26.204 | Comcast Cable Communications | 2011-03-16 06:40:01 AM | Samantha Saint |
| 64.113.121.138 | Roseville Telephone Company | 2011-03-22 10:23:15 PM | Samantha Saint |
| 66.125.78.33 | AT&T Internet Services | 2011-03-15 06:54:51 PM | Samantha Saint |
| 66.215.224.91 | Charter Communications | 2011-03-26 12:04:14 AM | Samantha Saint |
| 66.27.192.220 | Road Runner HoldCo | 2011-03-19 08:15:47 AM | Samantha Saint |
| 66.60.190.31 | Roseville Telephone Company | 2011-03-22 04:30:36 PM | Samantha Saint |
| 66.75.201.187 | Road Runner HoldCo | 2011-03-10 03:51:09 PM | Samantha Saint |
| 67.164.53.255 | Comcast Cable Communications | 2011-03-27 02:03:06 AM | Samantha Saint |
| 67.164.83.227 | Comcast Cable Communications | 2011-03-16 01:52:01 AM | Samantha Saint |
| 67.164.91.241 | Comcast Cable Communications | 2011-03-19 06:02:00 PM | Samantha Saint |
| 67.166.140.133 | Comcast Cable Communications | 2011-03-21 08:15:03 PM | Samantha Saint |
| 67.169.18.74 | Comcast Cable Communications | 2011-03-10 12:34:05 PM | Samantha Saint |
| 67.169.73.68 | Comcast Cable Communications | 2011-03-09 11:37:00 PM | Samantha Saint |
| 67.169.75.187 | Comcast Cable Communications | 2011-03-25 07:20:12 AM | Samantha Saint |
| 67.180.61.219 | Comcast Cable Communications | 2011-03-27 09:13:01 AM | Samantha Saint |
| 67.181.237.83 | Comcast Cable Communications | 2011-03-09 11:21:00 PM | Samantha Saint |
| 67.182.63.103 | Comcast Cable Communications | 2011-03-29 12:11:14 AM | Samantha Saint |
| 67.188.144.149 | Comcast Cable Communications | 2011-03-15 06:54:51 PM | Samantha Saint |
| 67.49.102.73 | Road Runner HoldCo | 2011-03-26 04:17:58 AM | Samantha Saint |
| 67.49.46.27 | Road Runner HoldCo | 2011-03-15 10:48:09 PM | Samantha Saint |
| 67.49.48.194 | Road Runner HoldCo | 2011-03-12 10:39:48 AM | Samantha Saint |
| 68.105.122.7 | Cox Communications | 2011-03-28 08:29:08 AM | Samantha Saint |
| 68.123.47.98 | AT&T Internet Services | 2011-03-10 05:40:09 PM | Samantha Saint |
| 68.26.217.109 | Sprint PCS | 2011-03-26 03:08:23 AM | Samantha Saint |
| 68.4.225.128 | Cox Communications | 2011-03-21 03:50:25 PM | Samantha Saint |
| 68.5.19.71 | Cox Communications | 2011-03-11 10:42:32 AM | Samantha Saint |
| 68.7.219.188 | Cox Communications | 2011-03-22 02:10:43 AM | Samantha Saint |
| 69.111.191.175 | AT&T Internet Services | 2011-03-16 05:51:29 AM | Samantha Saint |
| 69.181.104.163 | Comcast Cable Communications | 2011-03-24 01:59:44 PM | Samantha Saint |
| 69.237.156.174 | AT&T Internet Services | 2011-03-28 01:22:26 AM | Samantha Saint |
| 70.1.209.45 | Sprint PCS | 2011-03-27 07:14:37 PM | Samantha Saint |
| 71.105.178.77 | Verizon Online | 2011-03-26 05:06:50 PM | Samantha Saint |

| IP Address | ISP | Date/Time | Name |
|---|---|---|---|
| 71.134.231.218 | AT&T Internet Services | 2011-03-17 12:50:28 AM | Samantha Saint |
| 71.134.234.23 | AT&T Internet Services | 2011-03-10 05:57:14 AM | Samantha Saint |
| 71.137.226.128 | AT&T Internet Services | 2011-03-19 04:18:32 PM | Samantha Saint |
| 71.141.253.250 | AT&T Internet Services | 2011-03-10 12:02:23 PM | Samantha Saint |
| 71.198.215.109 | Comcast Cable Communications | 2011-03-14 08:34:06 AM | Samantha Saint |
| 71.84.92.32 | Charter Communications | 2011-03-10 05:57:14 AM | Samantha Saint |
| 72.129.105.245 | Road Runner HoldCo | 2011-03-19 02:37:29 PM | Samantha Saint |
| 72.130.105.58 | Road Runner HoldCo | 2011-03-27 06:25:15 AM | Samantha Saint |
| 72.199.221.38 | Cox Communications | 2011-03-10 07:04:33 PM | Samantha Saint |
| 72.199.55.58 | Cox Communications | 2011-03-13 08:25:56 PM | Samantha Saint |
| 75.36.200.177 | AT&T Internet Services | 2011-03-25 05:00:08 AM | Samantha Saint |
| 75.36.201.20 | AT&T Internet Services | 2011-03-27 06:37:15 AM | Samantha Saint |
| 75.36.207.124 | AT&T Internet Services | 2011-03-13 06:48:25 PM | Samantha Saint |
| 75.36.207.154 | AT&T Internet Services | 2011-03-17 04:25:04 AM | Samantha Saint |
| 75.37.43.79 | AT&T Internet Services | 2011-03-27 11:23:44 PM | Samantha Saint |
| 75.37.45.209 | AT&T Internet Services | 2011-03-17 07:51:56 PM | Samantha Saint |
| 75.54.143.51 | AT&T Internet Services | 2011-03-17 08:55:14 AM | Samantha Saint |
| 75.61.119.112 | AT&T Internet Services | 2011-03-26 04:34:38 AM | Samantha Saint |
| 75.79.45.176 | DSL Extreme | 2011-03-18 07:18:55 PM | Samantha Saint |
| 75.82.217.116 | Road Runner HoldCo | 2011-03-15 09:49:41 PM | Samantha Saint |
| 75.83.0.117 | Road Runner HoldCo | 2011-03-18 07:12:54 PM | Samantha Saint |
| 75.83.27.98 | Road Runner HoldCo | 2011-03-21 07:40:31 PM | Samantha Saint |
| 75.84.7.11 | Road Runner HoldCo | 2011-03-10 06:13:12 AM | Samantha Saint |
| 75.85.88.156 | Road Runner HoldCo | 2011-03-24 09:22:55 PM | Samantha Saint |
| 76.102.196.5 | Comcast Cable Communications | 2011-03-10 03:47:37 AM | Samantha Saint |
| 76.103.198.221 | Comcast Cable Communications | 2011-03-25 01:50:54 PM | Samantha Saint |
| 76.103.253.23 | Comcast Cable Communications | 2011-03-10 03:51:37 PM | Samantha Saint |
| 76.114.25.23 | Comcast Cable Communications | 2011-03-17 02:49:01 AM | Samantha Saint |
| 76.14.64.170 | Wave Broadband | 2011-03-11 07:36:24 AM | Samantha Saint |
| 76.170.141.144 | Road Runner HoldCo | 2011-03-22 03:01:14 AM | Samantha Saint |
| 76.173.163.252 | Road Runner HoldCo | 2011-03-26 08:35:22 PM | Samantha Saint |
| 76.175.151.52 | Road Runner HoldCo | 2011-03-10 01:02:33 AM | Samantha Saint |
| 76.200.137.109 | AT&T Internet Services | 2011-03-16 08:32:34 AM | Samantha Saint |
| 76.21.125.12 | Comcast Cable Communications | 2011-03-12 03:54:28 PM | Samantha Saint |
| 76.216.20.148 | AT&T Internet Services | 2011-03-27 10:16:52 AM | Samantha Saint |
| 76.230.233.151 | AT&T Internet Services | 2011-03-21 10:25:36 PM | Samantha Saint |
| 76.240.174.47 | AT&T Internet Services | 2011-03-10 07:17:14 AM | Samantha Saint |
| 76.79.183.108 | Road Runner HoldCo | 2011-03-29 07:38:56 AM | Samantha Saint |
| 76.89.197.117 | Road Runner HoldCo | 2011-03-16 07:10:09 PM | Samantha Saint |
| 76.91.49.155 | Road Runner HoldCo | 2011-03-11 07:03:23 AM | Samantha Saint |
| 76.93.190.228 | Road Runner HoldCo | 2011-03-26 05:16:47 PM | Samantha Saint |
| 98.112.60.227 | Verizon Online | 2011-03-21 04:37:26 PM | Samantha Saint |
| 98.145.49.162 | Road Runner HoldCo | 2011-03-23 08:32:44 PM | Samantha Saint |
| 98.151.15.86 | Road Runner HoldCo | 2011-03-10 07:17:13 AM | Samantha Saint |
| 98.151.162.62 | Road Runner HoldCo | 2011-03-23 08:28:12 PM | Samantha Saint |
| 98.154.127.247 | Road Runner HoldCo | 2011-03-17 11:00:37 PM | Samantha Saint |
| 98.154.29.207 | Road Runner HoldCo | 2011-03-09 04:35:13 PM | Samantha Saint |

| IP Address | ISP | Date/Time | Name |
|---|---|---|---|
| 98.176.12.153 | Cox Communications | 2011-03-10 10:24:52 AM | Samantha Saint |
| 98.210.115.162 | Comcast Cable Communications | 2011-03-10 07:17:13 AM | Samantha Saint |
| 98.234.226.66 | Comcast Cable Communications | 2011-03-12 01:05:34 AM | Samantha Saint |
| 98.248.12.162 | Comcast Cable Communications | 2011-03-14 06:58:05 AM | Samantha Saint |
| 98.248.13.133 | Comcast Cable Communications | 2011-03-18 05:17:16 PM | Samantha Saint |
| 98.248.26.0 | Comcast Cable Communications | 2011-03-10 12:09:31 AM | Samantha Saint |
| 98.248.33.197 | Comcast Cable Communications | 2011-03-25 09:37:17 AM | Samantha Saint |
| 98.248.90.217 | Comcast Cable Communications | 2011-03-21 06:07:45 PM | Samantha Saint |
| 99.101.131.11 | AT&T Internet Services | 2011-03-10 02:24:06 AM | Samantha Saint |
| 99.110.223.30 | AT&T Internet Services | 2011-03-17 12:45:58 AM | Samantha Saint |
| 99.119.8.206 | AT&T Internet Services | 2011-03-12 07:23:38 PM | Samantha Saint |
| 99.12.182.167 | AT&T Internet Services | 2011-03-11 02:00:36 PM | Samantha Saint |
| 99.12.183.141 | AT&T Internet Services | 2011-03-12 07:22:21 PM | Samantha Saint |
| 99.146.26.228 | AT&T Internet Services | 2011-03-15 11:50:29 AM | Samantha Saint |
| 99.157.205.137 | AT&T Internet Services | 2011-03-09 10:32:28 PM | Samantha Saint |
| 99.186.207.217 | AT&T Internet Services | 2011-03-12 10:21:48 AM | Samantha Saint |
| 99.186.207.71 | AT&T Internet Services | 2011-03-26 04:18:42 AM | Samantha Saint |
| 99.191.143.124 | AT&T Internet Services | 2011-03-22 03:36:37 PM | Samantha Saint |
| 99.35.135.40 | AT&T Internet Services | 2011-03-23 10:18:19 PM | Samantha Saint |
| 99.56.81.30 | AT&T Internet Services | 2011-03-12 01:42:54 PM | Samantha Saint |
| 99.56.82.166 | AT&T Internet Services | 2011-03-15 02:34:08 AM | Samantha Saint |
| 99.67.40.93 | AT&T Internet Services | 2011-03-12 03:06:57 PM | Samantha Saint |
| 99.72.11.95 | AT&T Internet Services | 2011-03-14 06:27:22 PM | Samantha Saint |
| 99.72.9.108 | AT&T Internet Services | 2011-03-10 04:55:39 PM | Samantha Saint |
| 99.90.144.68 | AT&T Internet Services | 2011-03-24 03:47:55 AM | Samantha Saint |