1  Brett L. Gibbs, Esq. (SBN 251000)
   Steele Hansmeier PLLC.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Plaintiff*
5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                      NORTHERN DISTRICT OF CALIFORNIA
8
                              OAKLAND DIVISION
9

10

11
   HARD DRIVE PRODUCTIONS, INC.,    )    **No. C-11-01567 LB**
12                                  )
              Plaintiff,            )
13                                  )    **[PROPOSED] ORDER GRANTING**
        v.                          )    **PLAINTIFF'S MOTION FOR**
14                                  )    **LEAVE TO CONTINUE INITIAL**
   DOES 1-118,                      )    **CASE MANAGEMENT CONFERENCE**
15                                  )
              Defendants.           )
16 _____)

17     **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL
                         CASE MANAGEMENT CONFERENCE**
18
       On August 5, 2011, Plaintiff filed an Motion for Administrative Relief for Leave to Continue
19
   the Initial CMC, which was originally scheduled by the Court at the commencement of this action.
20
   In light of the points made in Plaintiff's Motion, and for good cause appearing,
21
       IT IS HEREBY ORDERED that the case management currently scheduled for August 25,
22
23 2011, is continued to **Thursday, November 17, 2011, at 10:30 a.m. on the 3rd Floor in**

24 **Courtroom 4 of the Oakland Federal Court.**

25
                                                      [signature]
26 DATED: August 5, 2011                       _____
                                                    United States Magistrate Judge
27                                                         Laurel Beeler

28