Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., | No. C-11-01567 LB |
|    Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
|  v. | **WITH PREJUDICE AS TO CERTAIN** |
| DOES 1-118, | **ANONYMOUS DOE DEFENDANTS** |
|    Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CERTAIN
ANONYMOUS DOE DEFENDANTS**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1),

Plaintiff voluntary dismisses all claims brought in this action against the anonymous Doe Defendants

associated with the Internet Protocol Addresses listed in Exhibit A to this Notice of Dismissal.

For the Court's reference, the Doe Defendants associated with this Dismissal are Does 1-12.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the respective Does have neither filed

answers to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal

Rule of Civil Procedure 41(a)(1) is therefore appropriate. Inclusive of this dismissal, Does 1-12

have hereby been dismissed from this action.

Plaintiff still maintains claims against the anonymous Doe Defendants remaining in this action, and reserves the right to name such individuals and/or serve them when provided with their identifying information.

Respectfully Submitted,

STEELE HANSMEIER PLLC,

**DATED: August 10, 2011**

By:      /s/  Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL OF PARTICULAR DOE DEFENDANTS      No. C-11-01567 LB

1

**CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that on August 10, 2011, all individuals of record who are deemed

3

to have consented to electronic service are being served a true and correct copy of the foregoing
document, and all attachments and related documents, using the Court's ECF system, in compliance

4

with Local Rule 5-6 and General Order 45.

5

6

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28