UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., | No. C 11-01567 LB |
| Plaintiff, | **ORDER GRANTING LIMITED ACCESS TO DOCUMENTS FILED UNDER SEAL** |
| v. | |
| DOES 1-118, | |
| Defendants. | |

On August 26, 2011, the court issued an order establishing a procedure for allowing Doe defendants who file motions to quash to proceed anonymously. 8/26/11 Order, ECF No. 15.[1] The order also found good cause to file under seal documents that contain identifying information of the Doe defendants. *Id.* at 2. The court **HEREBY GRANTS** Plaintiff's counsel access to all under seal documents filed pursuant to the court's August 26 order subject to the requirements in that order. The court also **GRANTS** the Doe defendant who files an under seal document pursuant to the court's August 26 order access only to the documents that he or she files under seal.

**IT IS SO ORDERED.**

Dated: August 26, 2011

_____
LAUREL BEELER
United States Magistrate Judge

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-01567 LB
ORDER