Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC.,   ) | **No. C-11-01567 LB** |
|   ) | |
|     Plaintiff,   ) | **NOTICE OF VOLUNTARY DISMISSAL** |
|   ) | **OF ACTION WITHOUT PREJUDICE** |
|   v.   ) | **AS TO ALL DOE DEFENDANTS** |
|   ) | **EXCEPT TWO DOE DEFENDANTS** |
| DOES 1-118,   ) | **ASSOCIATED WITH THE IP ADDRESSES** |
|   ) | **OF THE TWO REMAINING MOVANTS** |
|     Defendants.   ) | |
|   ) | |
| _____) | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO ALL DOE DEFENDANTS EXCEPT TWO DOE DEFENDANTS ASSOCIATED WITH THE IP ADDRESSES OF THE TWO REMAINING MOVANTS**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses all claims without prejudice brought in this action against all Doe Defendants in this case *except* for the Doe Defendants associated with the two motions pending in this case: Motion to Quash and/or Vacate Subpoena (ECF No. 16) and Motion to Quash or Modify Subpoena (ECF No. 22). Per the Court's Order Granting Provisional Permission for Doe Defendants to Proceed Anonymous, Plaintiff does not address these Doe Defendants by name, or or by any other identifying information, and merely identifies them by the motions they filed in this case. This should be sufficient to notify the Court the two (2) individuals remaining in this case.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In accordance with Federal Rule of Civil Procedure 41(a)(1), the remaining Doe Defendants, other than those associated with the foregoing motions, have neither filed answers to Plaintiff's Complaint, nor a motion for summary judgment.  Dismissal the other 116 Doe Defendants under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.  Inclusive of this dismissal, the other 116 Doe Defendants have hereby been dismissed from this action without prejudice.

At this point, therefore, for clarity purposes, this action is now essentially Hard Drive Productions v. Does 1-2.  Also, the Motions, and one Responses thereto (the other is still being formulated by Plaintiff), are still pending before this Court for a decision.  Additionally, Plaintiff's Motion for Administrative Relief for Order to Clarifying the Court's August 26, 2011 Order, for Leave to File a Motion for Reconsideration and a Motion for Termination of Modification of the Court's Protective Order (ECF No. 18) filed on August 31, 2011, is also still pending before the Court.  Plaintiff prays that the Court resolve these Motions as soon as possible considering the circumstances of this case, and also taking into consideration the chances that Movant's identifying information will soon no

//

//

//

//

//

//

//

//

//

//

longer be available to Plaintiff.   Until these Motions are resolved, Plaintiff cannot identify the subscriber information through which each Doe Defendant used to infringe upon Plaintiff's copyrighted works, further investigate, or even attempt to name the remaining two (2) Doe Defendants in this action.

      Respectfully Submitted,


                    STEELE HANSMEIER PLLC,

**DATED: September 27, 2011**

                By:       /s/  Brett L. Gibbs, Esq.

                Brett L. Gibbs, Esq. (SBN 251000)
                Steele Hansmeier PLLC.
                38 Miller Avenue, #263
                Mill Valley, CA 94941
                blgibbs@wefightpiracy.com
                *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 27, 2011, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.


/s/  Brett L. Gibbs
Brett L. Gibbs, Esq.

NOTICE OF VOLUNTARY DISMISSAL OF ACTION AS TO CERTAIN DEFENDANTS   No. C-11-01567 LB