# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### Oakland Division

**HARD DRIVE PRODUCTIONS, INC.,**

        Plaintiff(s),

  v.

**DOES 1-118,**

        Defendant(s),
_____/

No. C 11-1567 LB

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Case Management Conference has been rescheduled to **January 26, 2012 at 10:30 a.m.** before the Honorable Laurel Beeler. The previous set hearing before **Magistrate Judge Laurel Beeler** on **November 17, 2011 at 10:30 a.m.** is **VACATED**. A Joint Case Management Conference Statement due by **January 19, 2012.**

Please report to courtroom 4 on the 3rd floor, U.S. Courthouse, 1301 Clay Street, Oakland, CA 94612.

Dated: November 7, 2011

FOR THE COURT,

Richard W. Wieking, Clerk

By: _Lashanda Scott_
    Lashanda Scott
    Courtroom Deputy