1  Brett L. Gibbs, Esq. (SBN 251000)
   Prenda Law Inc.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Plaintiff*
5

6

7                IN THE UNITED STATES DISTRICT COURT FOR THE

8                        NORTHERN DISTRICT OF CALIFORNIA

9                                OAKLAND DIVISION

10

11
   HARD DRIVE PRODUCTIONS, INC.,        )      **No. C-11-01567-LB**
12                                      )
              Plaintiff,                )      **NOTICE OF FIRM NAME CHANGE**
13       v.                             )
                                        )
14 DOES 1-118,                          )
                                        )
15            Defendants.               )
                                        )
16 _____  )

17                        **NOTICE OF FIRM NAME CHANGE**

18     Notice is hereby given that Plaintiff's counsel's law firm has changed names from "Steele

19 Hansmeier PLLC" to "Prenda Law Inc."  The Court will take note that all other identifying

20 information associated with Plaintiff's counsel, Brett L. Gibbs – i.e. his physical address, email

21
   address, and phone number – remains the same.
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

|  |  |
|---|---|
| | Respectfully Submitted, |
| | PRENDA LAW INC. |
| **DATED: November 11, 2011** | |
| | By:      /s/ Brett L. Gibbs |
| | Brett L. Gibbs, Esq. (SBN 251000)<br>Prenda Law Inc.<br>38 Miller Avenue, #263<br>Mill Valley, CA 94941<br>(415) 325-5318<br>blgibbs@wefightpiracy.com |
| | *Attorney for Plaintiff* |

2
NOTICE OF NAME CHANGE         No. C-11-01567 LB