UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

HARD DRIVE PRODUCTIONS, INC.,

Plaintiff,

v.

DOES 1-118,

Defendants.

---

HARD DRIVE PRODUCTIONS, INC.,

Plaintiff,

v.

JOHN DOE,

Defendant.

---

SETH ABRAHAMS,

Plaintiff,

v.

HARD DRIVE PRODUCTIONS, INC., AND DOES 1-50,

Defendants.

Case No.: C 11-01567 LB
C 11-05634 PJH
C 12-01006 JCS

**[PROPOSED] ORDER GRANTING PLAINTIFF SETH ABRAHAMS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

The court, having read and considered plaintiff Seth Abrahams' administrative motion to consider whether cases should be related, including the supporting declaration and exhibits, rules as follows.

IT IS ORDERED THAT:

1. Action numbers C 11-01567 LB, C 11-05634 PJH, and C 12-01006 JCS are related; and

2. The cases identified in paragraph 1 are assigned to the Honorable Phyllis J. Hamilton.

DATED: ______________________

______________________________
Honorable Laurel Beeler
United States Magistrate Judge

SWY.20371792.doc

## CERTIFICATE OF SERVICE

I, Shannon R. Young, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On March 6, 2012, I served the following document(s) on the parties in the within action:

**[PROPOSED] ORDER GRANTING PLAINTIFF SETH ABRAHAMS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

| | |
|---|---|
| | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by ________________________, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |
| **XX** | **BY ECF**: I attached and submitted the above-described document(s) to the ECF system for filing. |

Brett L. Gibbs
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941

Attorney For Defendant/Plaintiff
HARD DRIVE PRODUCTIONS, INC.
Case Number C 11-05634 PJH

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 6, 2012.

/s/ Shannon R. Young

By ______________________________
Shannon R. Young